IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 99-cr-00051-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHRISTOPHER M. MITCHELL,

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

    Upon petition of the United States and for good cause shown,

    IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce said defendant before a United States Magistrate Judge, forthwith, for proceedings and appearances upon the charge aforesaid, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, thereafter to return the defendant to the institution wherein now confined.

    SO ORDERED this 26 day of September, 2008.

BY THE COURT:

Walker D. Miller
U.S. District Judge